**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KELLY J. WISE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-236-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

On April 28, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that the final decision of the Commissioner of Social Security Administration be reversed and remanded for further administrative proceedings. Magistrate Judge Couch advised the parties of their right to object to the Report and Recommendation by May 18, 2006, in accordance with 28 U.S.C. § 636 and LCvR 72.1.

To date, no objection has been filed and no request for an extension of time to so object has been filed. With no objection being filed by either party, the court accepts and adopts the Report and Recommendation in all respects.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on April 28, 2006 (doc. no. 23) is **ACCEPTED** and **ADOPTED**. The final decision of the Commissioner of Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of

§ 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

ENTERED this 22nd day of May, 2006.

/s/ Stephen P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0236p002.wpd